# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTH DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDWARD CHILDS,            )<br>                           )<br>    PLAINTIFF,          )<br>                           )<br>v.                         )<br>                           )<br>ALL-N-1 SECURITY          )<br>SERVICES, INC.,           )<br>                           )<br>    DEFENDANT.          )<br>_____) | CIVIL ACTION NO.:<br>1:21-cv-00589-MLB<br><br>JURY TRIAL REQUESTED |

## ORDER

This matter is before the Court on the Parties' Second Joint Motion to Approve Settlement Agreement. Having considered the Parties' Second Joint Motion, it is hereby **ORDERED** that the Motion is **GRANTED** and the Settlement Agreement (the "Agreement") attached to the parties' Second Joint Motion is **APPROVED**. The Court hereby **ORDERS** that the parties comply with their respective obligations set forth in the Agreement.

Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is **INSTRUCTED** to **CLOSE** this case.

**SO ORDERED** this 29th day of June, 2021.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE